JS6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL GASTELUM LOPEZ, an individual, and VERONICA GASTELUM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-05611-RGK-MAA<br><br>*Assigned to the Hon. Judge R. Gary Klausner in Courtroom 850*<br><br>*Magistrate Maria A. Audero in Courtroom 690*<br><br>[PROPOSED] ORDER REGARDING STIPULATION AND ORDER OF DISMISSAL   [28]<br><br>Lawsuit Filed: April 13, 2022<br>Trial Date: September 5, 2023 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Joint Stipulation for Dismissal is approved. The entire above-captioned action be dismissed with prejudice in accordance with the terms and conditions of the written Settlement Agreement entered into between the Parties.

Upon the Order of the Court and upon such terms and conditions as the Court deems proper, the District Court retains jurisdiction to enforce and require compliance with the terms of the Settlement Agreement.

Dated: 8/17/2023         By: _____

Honorable Judge R. Gary Klausner
United States District Judge